**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00494-BNB

ANTONIO AGUILAR,

    Applicant,

v.

RAE TAMME, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's motion (ECF No. 1) requesting an extension of time to file a habeas corpus application is DENIED as moot.  Applicant's motion (ECF No. 5) seeking appointment of counsel and Applicant's motion (ECF No. 6) seeking a stay and abeyance are DENIED as premature.

Dated:  April 2, 2013